## FOSTER *versus* PENNINGTON.

A declaration upon a contract for a specified quantity of an article, though laid under a *videlicit*, is not sustained by proof of a contract for a larger quantity.

EXCEPTIONS from the District Court in Aroostook county.

Assumpsit on an alleged contract to deliver to the plaintiff " a certain large quantity of oats ; viz. 600 bushels." The proof was of a contract for 1000 bushels, of which the defendant had delivered 207. The defendant's counsel objected to the variance ; but the Judge instructed the jury, that a contract to deliver 1000 bushels would sustain the declaration.

Verdict for plaintiff.

*Kelley* and *McCrillis*, for plaintiff, relied on 2 Hill, 126. They contended that, under a *videlicit*, much latitude is allowed ; that the quantity alleged under a *videlicit* is but surplusage. *Bristow* v. *Wright*, 1 Smith's Leading Cases.

The declaration was amendable, and substantial justice has been done.

Howard, J., orally. — The instruction was erroneous. It made a contract for 1000 bushels to sustain a claim upon one for 600. The *videlicit* can have no such effect. There was a variance, and it was a material one.

*Exceptions sustained.*

*John Hodgdon*, for defendant.